UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:24-CR-00308 |
| v. | : | (Judge Mannion) |
| MELISSA DRISCOLL, | : | |
| Defendant. | : | (Electronically Filed) |

## PETITION FOR SUMMONS

TO: PETER J. WELSH, CLERK OF COURT

Please issue a summons against the above-named individual in accordance with the provisions of Rule 9(a) of the Federal Rules of Criminal Procedure. Counsel for the defendant has agreed to accept service of this summons on behalf of the defendant through the U.S. mail at the following address: Lee Vartan, Esquire, CSG Law, 105 Eisenhower Parkway, Roseland, NJ 07068.

Respectfully submitted,

GERARD M. KARAM
United States Attorney

Dated: November 13, 2024

/s/ Ravi R. Sharma
Ravi Romel Sharma
Assistant U.S. Attorney
PA 331135
1501 N. 6th Street, Box 202
Harrisburg, PA 17102
Tel: (717) 221-4482
Fax: (717) 221-4493
ravi.sharma@usdoj.gov